UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORFOLK & DEDHAM MUTUAL FIRE INSURANCE COMPANY, as subrogee of Natacha Maignan,

Plaintiff,

v.

AMAZON.COM SERVICES, LLC,

Defendant.

C.A. No. 1:25-cv-12477

**NOTICE OF REMOVAL**

TO: The Chief Judge and Judges of the United States District Court for the District of Massachusetts

Defendant Amazon.com Services LLC ("Amazon") files this Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446 and hereby removes this action from the Suffolk County Superior Court to the United States District Court for the District of Massachusetts. As grounds for removal, Amazon states as follows:

## I. PROCEDURAL HISTORY AND PLAINTIFF'S ALLEGATIONS

1. On July 31, 2025, Plaintiff Norfolk & Dedham Mutual Fire Insurance Company filed this Complaint in the Suffolk County Superior Court. A true and correct copy of the Complaint is attached as (attached as Exhibit A); *See* Civil Action Cover Sheet (Exhibit B); Civil Tracking Order (Exhibit C).

2. On August 18, 2025, Plaintiff served the Summons and Complaint on Amazon via Amazon's registered agent.

3. This is a product liability case involving subrogated claims for property damage arising from a fire at Plaintiff's insured's residence in Dorchester, Massachusetts, on or about April 10, 2024. *See* Ex. A, ¶¶ 3, 26, 30-31.

4. Plaintiff alleges that its insured purchased a Microgo electric scooter on Amazon.com, and that the electric scooter malfunctioned and caused the fire. *See* Ex. A, ¶¶ 17, 26-30.

5. Plaintiff alleges that it thereafter made payments to, or on behalf of, its insured, pursuant to an insurance policy in effect at the time of the fire, and that it is subrogated to the rights and causes of action of its insured to the extent of these payments. Ex. A ¶¶ 4, 31-32.

6. The Complaint asserts claims against Amazon for negligence and breach of implied warranty of merchantability, seeking to recover at least the $444,143.04 that the defendant alleges it paid. *See generally* Ex. A.

7. As required by 28 U.S.C. § 1446(a) and Local Rule 81.1, Amazon states that Exhibits A–C represent all process, pleadings, and orders served on Amazon in the state court action as of the date of this Notice.

8. As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 and Amazon has satisfied the procedural requirements for removal.

## II. BASIS FOR REMOVAL

9. Federal district courts have original jurisdiction over all civil actions where the matter in controversy exceeds $75,000, exclusive of interest and costs, and there is diversity between the plaintiffs, on the one hand, and the defendants, on the other. See 28 U.S.C. § 1332(a). Plaintiff and Amazon are citizens of different states, and the amount in controversy, as pleaded by Plaintiff, exceeds $75,000, exclusive of interest and costs.

A. **Diversity of Citizenship is Satisfied.**

10. Complete diversity exists between the parties to this action.

11. Plaintiff is a mutual fire insurance company incorporated under the laws of the Commonwealth of Massachusetts with its principal place of business in Dedham, Massachusetts. *See* Ex. A, ¶ 1. For diversity purposes, a corporation is a citizen of its state of incorporation and of the state in which it maintains its principal place of business. 28 U.S.C. § 1332(c). Plaintiff is therefore a citizen of Massachusetts.

12. Defendant Amazon.com Services LLC is a limited liability company organized under Delaware law with its principal place of business in Washington. For diversity purposes, a limited liability company is a citizen of the states in which its members are citizens. *Pramco, LLC v. San Juan Bay Marina, Inc.*, 435 F.3d 51, 54-55 (1st Cir. 2006). The sole member of Amazon.com Services LLC is Amazon.com Sales, Inc., which is a Delaware corporation with its principal place of business in Washington. Defendant Amazon.com Services LLC is therefore a citizen of Delaware and of Washington.

13. Accordingly, complete diversity of citizenship exists, and the Court has original jurisdiction under Section 1332(a).

B. **The Amount in Controversy Requirement is Satisfied.**

14. The amount in controversy requirement of 28 U.S.C. § 1332 also is satisfied.

15. Under 28 U.S.C. § 1332(a), in a case where federal jurisdiction is based upon diversity of citizenship, the amount in controversy must exceed $75,000.00, exclusive of costs and interest.

16. Plaintiff asserts that in connection with the April 10, 2024 fire they have sustained damages totaling $444,143.04. Ex. A, ¶ 31.

## III. ALL PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED.

17. The venue for this removed action is proper because this Court is the United States District Court for "district and division embracing the place where [the] action is pending." 28 U.S.C. § 1441(a).

18. This Notice of Removal has been filed within 30 days of Amazon's receipt of the Complaint. 28 U.S.C. § 1446(b); Fed. R. Civ. P. 6(a)(1)(C).

19. A copy of this Notice of Removal is being served upon Plaintiff's counsel and filed with the Clerk of the Suffolk County Superior Court under 28 U.S.C. § 1446(d).

## IV. NON-WAIVER OF DEFENSES

20. By removing this action from the Suffolk County Superior Court, Amazon does not waive any defenses, objections, or motions available to it under state or federal law, including any defenses under Rule 12 of the Federal Rules of Civil Procedure.

21. By removing this action from the Suffolk County Superior Court, Amazon does not admit any of the allegations in the Plaintiff's Complaint.

**WHEREFORE**, Defendant Amazon.com Services LLC gives notice that the action bearing Case No. 2584CV02108 the Suffolk County Superior Court, is removed to this Court pursuant to 28 U.S.C. § 1441. Defendant Amazon.com Services LLC requests that this Court retain jurisdiction for all further proceedings in this case.

Respectfully submitted,

**AMAZON.COM SERVICES LLC**
By its attorneys,

*/s/ Jacob J. Lantry*
James M. Campbell, BBO #541882
Jacob J. Lantry, BBO #690452
Campbell Conroy & O'Neil, P.C.
20 City Square, Suite 300
Boston, MA 02129
617-241-3000
jmcampbell@campbell-trial-lawyers.com
jlantry@campbell-trial-lawyers.com

**CERTIFICATE OF SERVICE**

I, Jacob J. Lantry, hereby certify that on September 8, 2025, a copy of the foregoing document was filed electronically and served by electronic mail on the following counsel of record:

Anthony J. Antonellis, Esq.
Matthew D. Rush, Esq.
Sloane & Walsh LLP
One Boston Place, Ste. 1600
201 Washington St.
Boston, MA 02018

*/s/ Jacob J. Lantry*
Jacob J. Lantry